ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
e.Digital Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| e.Digital Corporation, | Case No. 3:13-cv-2906-H-BGS |
|---|---|
| Plaintiff, | **PLAINTIFF E.DIGITAL CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT** |
| v. | |
| Kingston Technology Company, Inc., | **DEMAND FOR JURY TRIAL** |
| Defendant. | **Assigned to the Honorable Judge Marilyn L. Huff** |
| | **Courtroom 15A (Annex)** |

Plaintiff e.Digital Corporation ("e.Digital") by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

1. *The identity of any parent corporation:* None.

2. *The identity of any publicly held corporation that owns 10% or more of its stock:* None.

Dated: January 9, 2014

**HANDAL & ASSOCIATES**
By: /s/Pamela C. Chalk
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick.
Attorneys for Plaintiff
e.Digital Corporation

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*PLAINTIFF E.DIGITAL CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT*   -1-   CASE NO. 3:13-CV-2906-H-BGS

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 9th day of January, 2014 at San Diego, California.

Dated: January 9, 2014          **HANDAL & ASSOCIATES**

By: /s/Pamela C. Chalk
    Anton N. Handal
    Pamela C. Chalk
    Gabriel G. Hedrick
    Attorneys for Plaintiff
    e.Digital Corporation

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*PLAINTIFF E.DIGITAL CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT* -2- CASE NO. 3:13-CV-2906-H-BGS