Christine Yang (SBN 102048)
LAW OFFICES OF S. J. CHRISTINE YANG
17220 Newhope Street, Suites 101-102
Fountain Valley, California 92708-4260
Telephone: (714) 641-4022
Facsimile: (714) 641-2082
Email: cyang@sjclawpc.com

Attorney for Defendant
Kingston Technology Company, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| e.Digital Corporation, | ) | |
| Plaintiff, | ) ) ) | CASE NO.: 3:13-cv-2906-H-BGS |
| v. | ) ) | |
| Kingston Technology Company, Inc., | ) ) | |
| Defendant. | ) ) ) ) | |

## NOTICE OF APPEARANCE ON BEHALF OF

## DEFENDANT KINGSTON TECHNOLOGY COMPANY, INC.

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Christine Yang of the Law Offices of S.J. Christine Yang hereby appears as counsel of record for Defendant Kingston Technology Company, Inc. and respectfully requests that all pleadings and other documents be served upon the Law Offices of S.J. Christine Yang as follows:

Christine Yang
Law Offices of S.J. Christine Yang
17220 Newhope Street, Suites 101-102
Fountain Valley, California 92708
Tel: 714-641-4022
Fax: 714-641-2082
cyang@sjclawpc.com

1
2
3

Dated:  February 4, 2014

Respectfully Submitted,

4
5

By:  /s/   Christine Yang
Christine Yang

6

Counsel for Kingston Technology Company, Inc.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## PROOF OF SERVICE

2      The undersigned hereby certifies that all counsel of record who are deemed to have

3  consented to electronic service are being served with a copy of this document via the Court's

4  CM/ECF system pursuant to Local Rule CivLR 5.4(c) on February 4, 2014.  All other counsel not

5  deemed to have consented to service in such manner will be served via facsimile transmission and/or

6  first class mail.

7

8                          /s/    _Justina Luong_

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28