NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP
BRETON A. BOCCHIERI (SBN 119459)
*breton.bocchieri@novakdruce.com*
333 South Grand Avenue, 23rd Floor
Los Angeles, CA 90071
Tel: (213) 787-2500
Fax: (213) 687-0498

Attorneys for Defendant, Kingston Technology Company, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.DIGITAL CORPORATION<br><br>   Plaintiff<br><br>v.<br><br>KINGSTON TECHNOLOGY COMPANY, INC.<br><br>   Defendant | Case No. 3:13-cv-2906-JAH-KSC<br><br>**NOTICE OF APPEARANCE OF BRETON A. BOCCHIERI ON BEHALF OF DEFENDANT KINGSTON TECHNOLOGY COMPANY, INC.** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE of the appearance of Breton A. Bocchieri of Novak Druce Connolly Bove + Quigg LLP as counsel for, in the above captioned action. All pleadings and papers served on Kingston Technology Company, Inc. should be directed to the attention of:

1  Breton A. Bocchieri, Esq.
2  NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP
3  333 S. Figueroa St. Suite 2300
4  Los Angeles, CA 90071
5  Telephone: (213) 787-2500
6
7
8  Dated: March 21, 2014        NOVAK DRUCE CONNOLLY BOVE
                                + QUIGG LLP
9
10
11                              By:_____*s/ Breton A. Bocchieri*_____
                                    BRETON A. BOCCHIERI
12                                   Attorneys for Defendant,
                                KINGSTON TECHNOLOGY COMPANY,
13                              INC.

2

NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT KINGSTON TECHNOLOGY COMPANY, INC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this 21st day of March at Los Angeles, California.

Dated: March 21, 2014        NOVAK DRUCE CONNOLLY BOVE
                             + QUIGG LLP


                             By:_____*s/ Breton A. Bocchieri*_____
                                 BRETON A. BOCCHIERI
                                   Attorneys for Defendant,
                             KINGSTON TECHNOLOGY COMPANY,
                             INC.