Breton A. Bocchieri (CA Bar No. 119459)
E-mail: Breton.bocchieri@novakdruce.com
Novak Druce Connolly Bove + Quigg LLP
333 South Grand Avenue, 23rd Floor
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498

Christine Yang (CA Bar No. 102048)
E-mail: Cyang@sjclawpc.com
Victoria D. Hao (admitted *pro hac vice*)
(DC Bar No. 489555)
E-mail: vhao@sjclawpc.com
Martha J. Hopkins (admitted *pro hac vice*)
(WV Bar No. 11215)
E-mail: mhopkins@sjclawpc.com
Law Office of S.J. Christine Yang
17220 Newhope Street Suites 101-102
Fountain Valley, CA 92708
Telephone: (714) 641-4022
Facsimile: (714) 641-2082

Attorneys for Defendant Kingston Technology Company, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Kingston Technology Company, Inc.,<br><br>Defendant. | Case No. 3:13-cv-2906-H-BGS<br><br>**DEFENDANT KINGSTON TECHNOLOGY COMPANY, INC.'S NOTICE OF WITHDRAWAL OF MOTION (DKT 17) AND REQUEST TO REMOVE THE ASSOCIATED HEARING DATE OF APRIL 21, 2014, 10:30 A.M.**<br><br>**Assigned to the Honorable Judge Marilyn L. Huff**<br><br>**Courtroom 15A (Annex)** |

*Law Offices of*
*S.J. Christine Yang*
17720 NEWHOPE ST.
SUITES 101-102
FOUNTAIN VALLEY, CA 92101

*DEFENDANT NOTICE TO WITHDRAWAL MOTION TO DISMISS (DKT 7)*

CASE NO. 3:13-CV-2906-H-BGS

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Pursuant to Local Civil Rule 7.1(f), Defendant Kingston Technology Company, Inc. ("Defendant") hereby presents this notice to withdraw its motion to dismiss filed on March 20, 2014 (Dkt #17) (the "Motion To Dismiss") and to removal of the associated hearing date of April 12, 2014, 10:30 AM.

On December 5, 2013, Plaintiff initiated the instant case.

On February 26, 2014, Plaintiff filed an *ex parte* motion for extension of time for Defendant to answer or otherwise respond Plaintiff's original complaint until March 28, 2014 (Dkt #15).

On March 10, 2014, the Court issued an order granting extension until March 20, 2014 (Dkt #16).

On March 20, 2014, Defendant filed its Motion To Dismiss Plaintiff's Complaint dated December 5, 2013 for failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(6) (Dkt #17).

In response to Defendant's Motion To Dismiss, Plaintiff filed an Amended Complaint under Federal Rules of Civil Procedure 15(a)(1) on March 21, 2014, more than three months after its original complaint (Dkt. #18).

In view of Plaintiff's filing of an amended complaint, Defendant hereby withdraws its March 20, 2014 motion and respectfully requests that the associated hearing date of April 12, 2014, 10:30 AM be removed from the Court's calendar at this time.

Pursuant to Federal Rules of Civil Procedure 15(a)(3), Defendant will answer or otherwise respond to Plaintiff's Amended Complaint, including filing a motion to dismiss Plaintiff's Amended Complaint.

*Law Offices of*
*S.J. Christine Yang*
17720 NEWHOPE ST.
SUITES 101-102
FOUNTAIN VALLEY, CA 92101

*DEFENDANT NOTICE TO WITHDRAWAL MOTION TO DISMISS (DKT 7)*
CASE NO. 3:13-CV-2906-H-BGS

| | |
|---|---|
| Dated: March 26, 2014 | Respectfully submitted, |

                                      _/s/ Breton A. Bocchieri____

Breton A. Bocchieri
E-mail: Breton.bocchieri@novakdruce.com
Novak Druce Connolly Bove + Quigg LLP
333 South Grand Avenue, 23rd Floor
Los Angeles, CA 90071
Telephone: (213) 787-2500

Christine Yang
Victoria Hao (*Pro Hac Vice*)
Martha Hopkins (*Pro Hac Vice*)
Law Offices of S.J. Christine Yang
17220 Newhope Street, Suites 101 & 102
Fountain Valley, California 92708
Tel: (714) 641-4022
Fax: (714) 641-2082
cyang@sjclawpc.com
vhao@sjclawpc.com
mhopkins@sjclawpc.com

**ATTORNEYS FOR DEFENDANT KINGSTON TECHNOLOGY COMPANY, INC.**

*Law Offices of S.J. Christine Yang*
17720 NEWHOPE ST.
SUITES 101-102
FOUNTAIN VALLEY, CA 92101

*DEFENDANT NOTICE TO WITHDRAWAL MOTION TO DISMISS (DKT 7)*
CASE NO. 3:13-CV-2906-H-BGS

# **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV 5.4(d) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 26th day of March, 2014.

／s/ *Christine Yang*

Law Offices of
S.J. Christine Yang
17720 NEWHOPE ST.
SUITES 101-102
FOUNTAIN VALLEY, CA 92101

*DEFENDANT NOTICE TO WITHDRAWAL MOTION TO DISMISS (DKT 7)*

CASE NO. 3:13-CV-2906-H-BGS