Breton A. Bocchieri (CA Bar No. 119459)
E-mail: Breton.bocchieri@novakdruce.com
Novak Druce Connolly Bove + Quigg LLP
333 South Grand Avenue, 23rd Floor
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile:  (213) 687-0498

Christine Yang (CA Bar No. 102048)
E-mail: cyang@sjclawpc.com
Victoria D. Hao (admitted *pro hac vice*) (admitted Maryland)
E-mail: vhao@sjclawpc.com
Martha J. Hopkins (admitted *pro hac vice*) (WV Bar No. 11215)
E-mail: mhopkins@sjclawpc.com
Law Office of S.J. Christine Yang
17220 Newhope Street Suite 101-102
Fountain Valley, CA 92708
Telephone: (714) 641-4022
Facsimile:  (714) 641-2082

Attorneys for Defendant Kingston Technology Company, Inc.

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA - SAN DIEGO DIVISION

| | |
|---|---|
| e.Digital Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Kingston Technology Company Inc.,<br><br>　　　　　Defendant | Civil Case No.: 13-CV-2906-H-BGS<br><br>**DEFENDANT KINGSTON TECHNOLOGY COMPANY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (F.R. Civ. P. 12(b) (6))**<br><br>Date:　　May 19, 2014<br>Time:　　10:30 a.m.<br>Place:　　Courtroom 15A<br>　　　　　333 West Broadway<br>　　　　　San Diego, California 92101 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 19, 2014 at 10:30 a.m. or as soon thereafter as the matter can be heard, in Courtroom 15A, of the United States District Court for the Southern District of California, San Diego Division, located at 333 West Broadway, San Diego, California, Defendant Kingston Technology Company, Inc. will, and hereby does, move to dismiss the Complaint of Plaintiff e.Digital Corporation, pursuant to Rule 12(b) (6) of the Federal Rules of Civil Procedure, on the ground the Complaint fails to state a claim upon which relief can be granted.

This motion is based on the Complaint on file in this matter, as well as the Exhibits to the Complaint, this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the further briefing and arguments of counsel, and such further matters as may be presented to the Court.

DATED:  April 4, 2014

/s/ Breton A. Bocchieri
Breton A. Bocchieri
E-mail: Breton.bocchieri@novakdruce.com
Novak Druce Connolly Bove + Quigg LLP
333 South Grand Avenue, 23rd Floor
Los Angeles, CA 90071
Telephone: (213) 787-2500

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Christine Yang
E-mail: cyang@sjclawpc.com
Law Office of S.J. Christine Yang
17220 Newhope Street Suite 101-102
Fountain Valley, CA 92708
Telephone: (714) 641-4022

Attorneys for Defendant,
Kingston Technology Company, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System pursuant to CivLR 5.4 (d).  The undersigned believes that all counsel of record in this litigation have consented to electronic service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  April 4, 2014                              /s/ Christine Yang